01
02
03
04
05

06                      UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                 AT SEATTLE

08  SEAN LARAY MYERS,                    )
                                         )   CASE NO. C11-1158-RAJ
09          Petitioner,                  )
                                         )
10      v.                               )
                                         )   ORDER OF DISMISSAL
11  RON FRAKER,                          )
                                         )
12          Respondent.                  )
    _____)
13

14      The Court, having reviewed the Report and Recommendation of United States

15  Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does

16  hereby find and ORDER:

17      (1)   The Report and Recommendation is ADOPTED;

18      (2)   This 28 U.S.C. § 2254 habeas petition is DENIED and is DISMISSED with

19            prejudice;

20      (3)   Petitioner is DENIED issuance of a certificate of appealability; and

21      (4)   The Clerk of Court is directed to send copies of this Order to petitioner and to

22            Magistrate Judge Donohue.

ORDER OF DISMISSAL
PAGE -1

01   DATED this 25th day of April, 2012.

02

03   *Richard A. Jones* (signature)

04   The Honorable Richard A. Jones
     United States District Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2