UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SEAN LARAY MYERS, | ) | CASE NO. C11-1158-RAJ |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| RON FRAKER, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and ORDER:

    (1)    The Report and Recommendation is ADOPTED;

    (2)    This 28 U.S.C. § 2254 habeas petition is DENIED and is DISMISSED with prejudice;

    (3)    Petitioner is DENIED issuance of a certificate of appealability; and

    (4)    The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Donohue.

DATED this 25th day of April, 2012.



_____
The Honorable Richard A. Jones
United States District Judge